No. 01–7666. SORTO-FUENTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7668. LEWIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7672. BYRD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7673. BUGGS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7675. BORCHERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7679. BERG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7684. RIVERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7691. TURCIOS-OLIVA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7708. TAYLOR v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 01–7737. GALVAN-AGUILAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7740. GUZMAN-JIMENEZ v. UNITED STATES; RAMOS-FLORES v. UNITED STATES; and GUERRERO-SUAREZ, AKA JIMINEZ ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 273 F. 3d 1099 (first judgment) and 1100 (second and third judgments).

No. 01–7744. WATTLETON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7762. CORPUS-DE LA RIVA v. UNITED STATES; MARTINEZ-ZAVALA v. UNITED STATES; and BARRIOS-RAMOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 273 F. 3d 1101 (third judgment) and 1102 (first and second judgments).

No. 01–7765. HOLMES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.